860 A.2d 925

IN THE MATTER OF PETER A. WOOD, AN ATTORNEY AT LAW.

November 18, 2004.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 04–127, concluding that **PETER A. WOOD** of **WILLIAMSTOWN**, who was admitted to the bar of this State in 1993, and who has been suspended from the practice of law since November 14, 2002, pursuant to Orders of the Court filed on November 14, 2002, and March 12, 2003, should be suspended from practice for a period of three months for violating *Rule* 1:20–20 (future activities of disciplined attorneys), *RPC* 8.1(a) and (b) (false statement of material fact to, and failure to cooperate with disciplinary authorities), *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit, or misrepresentation), and *RPC* 8.4(d) (conduct prejudicial to the administration of justice);

And the Court having determined from its review of the matter that a one-year suspension from practice is warranted;

And **PETER A. WOOD** having been ordered to show cause why he should not be disbarred or otherwise disciplined, and having failed to appear on the return date of the Order to Show Cause;

And good cause appearing;

It is ORDERED that **PETER A. WOOD** is suspended from the practice of law for a period of one year and until the further Order of the Court, effective immediately; and it is further

ORDERED that respondent shall not be reinstated to practice unless and until he provides a satisfactory explanation for his failure to participate as required in the ethics proceedings against him; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent continue to comply with *Rule* 1:20–20; and it is further

ORDERED that pursuant to *Rule* 1:20–20(c), respondent's failure to comply with the Affidavit of Compliance requirement of *Rule* 1:20–20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of *RPC* 8.1(b) and *RPC* 8.4(c); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10–2; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.